IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

WENDY HABEGGER,

    Appellant,

v.

UNIVERSITY OF WEST
FLORIDA, BOARD OF
TRUSTEES,

    Appellee.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D15-142

Opinion filed April 12, 2016.

An appeal from the Circuit Court for Escambia County.
Terry D. Terrell, Judge.

Cecile M. Scoon of Peters & Scoon, Panama City, for Appellant.

Pamela E. Langham, Gulf Breeze, for Appellee.

PER CURIAM.

    AFFIRMED.

LEWIS, THOMAS, and MAKAR, JJ., CONCUR.